# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STEPHEN J. BYERS,**
Appellant,

v.

**ANTIQUERS AERODROME, INC.,**
Appellee.

No. 4D21-3184

[August 18, 2022]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley G. Harper, Judge; L.T. Case No. 502016CA013013XXXXMB.

Stephen J. Byers, Delray Beach, pro se.

Ryan M. Aboud of Back Aboud Poliakoff & Foelster, LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***